IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 12 CV 3191 |
| v. | ) ) | Honorable Judge Richard Mills |
| PROMED FINANCIAL, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Byron G. Cudmore |
| Defendants. | ) ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dr. Mark W. Sturdy d/b/a Rochester Veterinary Clinic ("Plaintiff"), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, with each party bearing its own costs.  Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs.  This stipulation of dismissal disposes of the entire action.

 s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

    I, Dulijaza Clark, certify that on December 19, 2012, I caused a true and accurate copy of the foregoing document to be served via U.S. Mail on the following party:

Promed Financial, Inc.
C/o Registered Agent Vicki A McFarland
14742 Newport Avenue, Ste. 209
Tustin, CA 92780

                                                s/ Dulijaza Clark
                                                Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)